# EXHIBIT 45

**Pierre-Yves Gunter**
Avocat, LL.M.
+41 58 261 57 00
pierre-yves.gunter@baerkarrer.ch

**BÄR & KARRER**

Ms Carolyn B. Lamm
Mr Francis A. Vasquez, Jr.
Mr Hansel Pham
Mr Matthew Drossos
White & Case LLP
701 Thirteenth Street, N. W.
Washington, D.C. 20005
USA
clamm@whitecase.com
fvasquez@whitecase.com
hpham@whitecase.com
mdrossos@whitecase.com

Prof. Phillip Capper
Mr Nicolas Bouchardie
Ms Alexandra Guilbault
Ms Angélica André
Ms Kirsten Odynski
Mr Risteard de Paor
White & Case LLP
19, place Vendôme
75001 Paris
France
pcapper@whitecase.com
nbouchardie@whitecase.com
aguilbault@whitecase.com
aandre@whitecase.com
kirsten.odynski@whitecase.com
rdepaor@whitecase.com

Ms Ana Maria Legendre Burbano
White & Case LLP
Paseo de la Castellana, 7
28046 Madrid
Spain
ana.maria.legendre@whitecase.com

General W&C email
Claimants.gupc.20910@whitecase.com

Mr Daniel Garton
Mr Paul Brumpton
Mr James Holden
White & Case LLP
5 Old Broad Street
London EC2N 1DW
United Kingdom
dgarton@whitecase.com
pbrumpton@whitecase.com
james.holden@whitecase.com

Mr Nick Henchie
Mr James Loftis
Mr Scott Stiegler
Ms Justine Moxham
Mr Peter Danysh
Ms Georgina Barlow
Ms Susanna Fidoe
Ms Sophia Burton
Mr Charles Aitchison
Mr Ben Grunberger-Kirsh
Ms Stephanie Archer
Vinson & Elkins RLLP
One Ropemake Street
London EC2Y 9UE
United Kingdom
nhenchie@velaw.com
jloftis@velaw.com
sstiegler@velaw.com
jmoxham@velaw.com
pdanysh@velaw.com
gbarlow@velaw.com
sfidoe@velaw.com
sburton@velaw.com
caitchison@velaw.com
bgrunberger-kirsh@velaw.com
sarcher@velaw.com

Mr Raid Abu-Manneh
Mr Kwadwo Sarkodie
Mr George Fisher
Mayer Brown International LLP
201 Bishopsgate
London EC2M 3AF
United Kingdom
rabu-manneh@mayerbrown.com
ksarkodie@mayerbrown.com
gfisher@mayerbrown.com

Mr Carlos Arrue Montenegro
Ms Karla Arias
ACP Section for Legal Advice on Contracts,
Canal Expansion Program Edificio
739, Corozal Oeste
Panama
Republic of Panama
caarrue@pancanal.com
karias@pancanal.com

Mr Manus McMullan QC
Mr Christopher Lewis QC
Mr Peter Land
Atkin Chambers
Gray's Inn
London WC1R 5AT
United Kingdom
mmcmullan@atkinchambers.com
clewis@atkinchambers.com
pland@atkinchambers.com

| Bär & Karrer Avocats | Genève Bär & Karrer SA 12, quai de la Poste CH-1211 Genève 11 Phone: +41 58 261 57 00 Fax: +41 58 261 57 01 geneve@baerkarrer.ch | Zurich Bär & Karrer AG Brandschenkestrasse 90 CH-8027 Zürich Phone: +41 58 261 50 00 Fax: +41 58 261 50 01 zuerich@baerkarrer.ch | Lugano Bär & Karrer SA Via Vegezzi 6 CH-6901 Lugano Phone: +41 58 261 58 00 Fax: +41 58 261 58 01 lugano@baerkarrer.ch | Zoug Bär & Karrer AG Baarerstrasse 8 CH-6302 Zug Phone: +41 58 261 Fax: +41 58 261 zug@baerkarrer.ch |

Prof. Antonio Crivellaro
Prof. Andrea Carlevaris
Mr Giovanni Minuto
Ms Anna Biasiolo
Mr Paolo Di Giovanni
Mr Paolo Di Giovanni
Bonelli Erede Studio Legale
Via Michele Barozzi 1
20122 Milan
Italy
Antonio.crivellaro@belex.com
Andrea.carlevaris@belex.com
Giovanni.minuto@belex.com
Anna.biasiolo@belex.com
Paolo.digiovanni@belex.com

General BE email
panamacanaldispute@belex.com

Mr Richard M. Preston
Mr Jeffrey M. Hummel
Seyfarth Shaw LLP
975 F Street, N.W.
Washington, D.C. 20004
USA
rpreston@seyfarth.comu
jhummel@seyfarth.com

Ms Monica Crespo
Mr Jorge F. Lee
Mr Anibal Galindo
Mr Eduardo Gomez
Aleman, Cordero, Galindo & Lee
2do piso, Humboldt Tower
Calle 53 Este, Marbella
Panama City
Panama
mcrespo@alcogal.com
jfl@alcogal.com
agalindo@alcogal.com
egomez@alcogal.com

Mr Elliott Geisinger
Mr Christopher Boog
Schellenberg Wittmer
15bis, rue des Alpes
P.O. Box 2088
1211 Geneva 1
Switzerland
Elliott.Geisinger@swlegal.ch
christopher.boog@swlegal.ch

Mr Andrés Jana
Ms Catalina Fernández
Bofill Mir & Alvarez Jana
Av. Andrés Bello 2711 - Piso 8
7550611 Las Condes
Santiago
Chile
ajana@bmaj.cl
cfernandezc@bmaj.cl

Cc:

Mr Claus Von Wobeser  
Von Wobeser y Sierra, S.C.  
Paseo de los Tamarindos 60  
4th Floor, Bosques de las Lomas  
Cuajimalpa  
Mexico City  
Ciudad de México 05120  
Mexico  
cvonwobeser@vwys.com.mx

Robert Gaitskell, QC  
Keating Chambers  
10 Essex Street  
London WC2R 3AA  
United Kingdom  
rgaitskell@keatingchambers.com

Mr Juan Pablo Argentato  
Counsel  
ICC International Court of Arbitration  
33-43, avenue du Président-Wilson  
75116 Paris  
France  
ica1@iccwbo.org

Geneva, 23 October 2020  
424533/vd/11708752v2

**ICC Arbitration Case No. 22466/ASM/JPA (C-22967/ASM)**  
**(1) Grupo Unidos por el Canal, S.A., (2) Sacyr, S.A., (3) Webuild, S.p.A., (4) Jan De Nul, N.V. vs Autoridad del Canal de Panama**

Dear Counsel,

I refer to the Claimants' letter dated 15 October 2020 and request to "*update*" my disclosures in the above-mentioned case (Panama 2), Claimants' clarifications of 19 October 2020 and Respondent's position of 21 October 2020.

I understand that Claimants wish to verify whether as of today I have any facts or circumstances to disclose that may affect my independence in the eyes of the Parties or that could give rise to reasonable doubts as to my impartiality (Article 11(3) of the ICC Rules and paragraph 23 of the ICC Note to the Parties and Arbitral Tribunal on the Conduct of the Arbitration under the ICC Rules of Arbitration).

I do not have such facts or circumstances to disclose, pursuant to the applicable rules as I understand them.

I wish to add that pursuant to my understanding of the applicable disclosure rules, the elements identified in the 3 bullet points of Claimants' request for updated disclosure go beyond my disclosure obligations.

This being said, in view of the clarifications made by Claimants and in particular the specific concern expressed by Claimants on 19 October 2020 with respect to the multiple arbitrations between the Parties concerning the Panama Canal Project and possible relationship between the arbitrators involved with the various parallel cases, I hereby provide in full transparency the following information:

1. With respect to my co-arbitrators in ICC Case No. 20910/ASM/JPA (Panama 1) and ICC Case No. 22466/ASM/JPA (Panama 2), namely Mr Claus von Wobeser and Dr Robert Gaitskell, I am sitting as arbitrator (namely President) with Dr Robert Gaitskell in an unrelated ICC Case No. 24400/AYZ involving different parties and different law firms. The final hearings are planned for end of August 2021. I am not sitting with Mr Claus von Wobeser in other arbitration cases. I never had any other appointment as arbitrator or as dispute board member with Mr Claus von Wobeser or Dr Robert Gaitskell beside the three abovementioned cases.

2. With respect to the arbitrators listed in Claimants' email of 19 October 2020, I am sitting as arbitrator (namely President) with Dr Bernard Hanotiau in a totally unrelated LCIA Case No. 173632 involving different parties and different Counsel. Due to bankruptcy proceedings, the case has been stayed. I am not sitting with the other arbitrators. I may add that in the past I did sit at one occasion with Bernardo Cremades in an unrelated ICC case 19697/MCP involving different parties and completed in May 2017 (we were both party-appointed arbitrators). I never sat as arbitrator with Bernard Audit, Stephen Furst, Gabrielle Kaufmann-Kohler and Guido Tawil.

3. With respect to ongoing cases as arbitrator involving the same Counsel as in this case, I am not sitting as arbitrator in any case involving Respondent's Counsel. I may simply add in full transparency that in the above-mentioned ICC case in which I was sitting with Bernardo Cremades, Mr Manus McMullan (Counsel on record for Respondent in this case) became involved as Counsel in the course of the arbitration procedure (namely after the appointment of the members of the Arbitral Tribunal) and was representing the party which had appointed Bernardo Cremades (not the opposite party which had appointed me).

    With respect to ongoing cases involving Claimants' Counsel and although I expect Claimants' Counsel team to be fully aware of those cases, I can mention, always in full transparency, that:

    a) I am sitting as arbitrator in an unrelated ICC Case No. 23296/GR involving different parties in which a party represented by the firm Schellenberg Wittmer appointed me as arbitrator <u>before</u> the firm became Counsel on record in this case. Prof. Nathalie Voser and Dr Christoph Boog (who is Counsel on record in this case) are the partners in charge.

b) I am sitting as Sole Arbitrator in an unrelated SCAI Case No. 300462-2019 involving different parties in which White & Case Geneva became Counsel on record <u>after my appointment by the parties</u>. White & Case Geneva replaced Respondents' Counsel.

c) I have been appointed <u>directly by the ICC Court</u> in an unrelated ICC Case No. 24863/PTA involving different parties in which White & Case Geneva is acting as Respondent's Counsel.

In any case, in my view, none of the above information constitute facts or circumstances of such a nature as to call into question my independence in the eyes of the parties or to give rise to reasonable doubts as to my impartiality.

I further note that whereas I have been a rather active member of the arbitration community for almost 30 years, I do not keep records of my interactions or participations at conferences such as the IBA, ICCA, the ICC, the Swiss Arbitration Association (ASA), etc. Moreover, whereas I have known Elliott Geisinger for a long time (as we started our arbitration career around the same time, are both based in Geneva and he is the past President of ASA), I do not have any close personal relationship with any counsel to one of the parties (including Elliott Geisinger) or any counsel's law firm.

Finally, other members of my firm are from time to time involved with matters/cases (including arbitration and litigation matters/cases) in which lawyers of law firms acting in this case are involved. Nothing surprising considering the size of my firm and even more the size of some of law firms involved in this case. Counsel for the Parties are obviously informed of such cases. Providing the full list of matters/cases (even limited to arbitration or litigation matters/cases) would go far beyond my disclosure obligations (as I understand them) among other in light of paragraph 23 of the ICC Note to the Parties and Arbitral Tribunal on the Conduct of the Arbitration under the ICC Rules of Arbitration. I note in that context that Claimants' request even refers to closed matters/cases and with no time limitation. I shall also stress that I joined Bär & Karrer Ltd on 1 January 2017. In any case, even in the context of the activities of other members of my Firm, I am not aware of circumstances which could call into question my independence in the eyes of the parties or give rise to reasonable doubts as to my impartiality.

Yours faithfully,

Pierre-Yves Gunter