# EXHIBIT 75

## Timeline of Undisclosed Appointments During the Pendency of the Panama 1 Arbitration

| Name | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|
| ICC Case No. 20910/ASM/JPA (C-20911/ASM) | | Constitution of Tribunal | | Decision on Jurisdiction | | Hearing on Merits | | Oral Closing |
| P.Y. Gunter (*Tribunal President*) | Unspecified ad hoc arbitration: 4/8/13 – 9/7/15 | | | | ICC Case No. 22166/DDA: 10/14/16 – 6/6/19 | | LCIA Case No. 173632: 7/24/17 – Present | ICC 24400/YZ: 7/12/19 – Present |
| B. Hanotiau (*Fmr. President*) | Unspecified ad hoc arbitration: 4/8/13 – 9/7/15 | | | | ICC Case No. 22166/DDA: 10/14/16 – 6/6/19 | | LCIA Case No. 173632: 7/24/17 – Present | |
| R. Gaitskell (*Arbitrator*) | | | | | | | ICC 24400/YZ: 7/12/19 – Present | |
| C. von Wobeser (*Arbitrator*) | | | | | | | ICSID Case No. ARB/18/26: 7/11/19 – Present | |
| A. Jana (*ACP Counsel*) | | | | | | | ICSID Case No. ARB/18/26: 7/11/19 – Present | |